DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. GREEN

No. 111.

Case below: 23 N.C. App. 86.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 27 November 1974.

STATE v. GREENLEE

No. 64.

Case below: 22 N.C. App. 489.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 December 1974.

STATE v. HILL

No. 155 PC.

Case below: 23 N.C. App. 614.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 December 1974.

STATE v. JOHNSON

No. 84 PC.

Case below: 23 N.C. App. 52.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 December 1974.

STATE v. JOHNSON

No. 141 PC.

Case below: 23 N.C. App. 696.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 December 1974.